IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CYNTHIA D. WRIGHT,

    Plaintiff,

v.                                  CASE NO. 4:13cv639-RH/CAS

PATRICK R. DONAHOE,
POSTMASTER GENERAL,

    Defendant.

_____/


## ORDER ON NOTICE OF CONFLICT


The defendant has given notice that its attorney has a trial in another case that may conflict with the trial in this case. ECF No. 10. The trial in this case will be stacked within the trial period to avoid any conflict in preparation for or trial of the two cases, or other steps will be taken as may be necessary. The issue will be addressed at the pretrial conference.

    SO ORDERED on March 12, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge